UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BRYAN NORTHINGTON )<br>　　　　Plaintiff, )<br>v. )<br>KAHLEEN HAWK-SAWYER, et al., )<br>　　　　Defendants. )<br>_____ ) | No. CV 04-1032 CBM (MLGx)<br><br>PRELIMINARY INJUNCTION |

    Consistent with this Court's Order Granting Plaintiff Craig Bryan Northington's Motion for Preliminary Injunction, issued herewith, the Court ORDERS the Western Regional Director for the Bureau of Prisons to provide Plaintiff with an evaluation for a liver transplant, and to provide a report to the Court on or before December 14, 2011 on the results of such evaluation.

**IT IS SO ORDERED.**

DATED:   October   14, 2011       By _____
　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE