UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG BRYAN NORTHINGTON, Plaintiff, v. KATHLEEN HAWK-SAWYER, et al., Defendants. | No. CV 04-1032 CBM (MLGx) **JUDGMENT** Trial Date:   April 30, 2013 Courtroom:  Hon. Consuelo B. Marshall |

Consistent with this Court's concurrently filed Findings of Fact and Conclusions of Law, the Court **enters Judgment in favor of Plaintiff Craig Bryan Northington against Defendants** in the amount of $50,000.

**IT IS SO ORDERED.**

DATED:  February 24, 2014

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE