UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRAIG BRYAN NORTHINGTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>KATHLEEN HAWK-SAWYER, et al.,<br><br>                    Defendants. | No. CV 04-1032 CBM (MLGx)<br>**AMENDED JUDGMENT**<br>Trial Date:   April 30, 2013<br>Courtroom: Hon. Consuelo B. Marshall |

Consistent with this Court's Findings of Fact and Conclusions of Law, filed on February 20, 2014, the Court **enters Judgment in favor of Plaintiff Craig Bryan Northington against defendant United States of America** in the amount of $50,000.

Consistent with the Court's Verdict Form, filed on May 17, 2013, the Court **enters Judgment in favor of defendants Richard Gross, M.D., Al Herrera, and David Shoemaker against plaintiff Craig Bryan Northington**.

**IT IS SO ORDERED.**

Dated: March 20, 2014

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-