UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRAIG BRYAN NORTHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN HAWK-SAWYER, et al.,<br><br>　　　　　　Defendants. | No. CV 04-1032 CBM (MLGx)<br><br>**SECOND AMENDED JUDGMENT [420]**<br><br>Trial Date:　April 30, 2013<br><br>Courtroom: Hon. Consuelo B. Marshall |

　　　Consistent with the Court's Verdict Form, filed on May 17, 2013, the Court enters Judgment in favor of defendants Richard Gross, M.D., Al Herrera, and David Shoemaker against plaintiff Craig Bryan Northington.

　　　Pursuant to the agreement of the parties, the parties will each bear their own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: October 14, 2014

　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-